UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-20145-CIV-LENARD/WHITE

**IVAN ERIC LINTON**,

    Petitioner,

v.

**UNITED STATES ATTORNEY GENERAL ERIC HOLDER, JR., et al.,**

    Respondents.
_____/

## ORDER ADOPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE (D.E. 14) AND DENYING PETITION FOR WRIT OF HABEAS CORPUS (D.E. 1)

**THIS CAUSE** is before the Court on the Report and Recommendation of the Magistrate Judge ("Report," D.E. 14), issued on October 4, 2010, recommending the Court deny Petitioner Ivan Eric Linton's ("Linton") Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 ("Petition," D.E. 1).

On January 15, 2010, Linton filed the instant Petition challenging his continued detention at the Krome Servicing Process Center ("Krome") in Miami, Florida, pending his removal to Jamaica. Linton contends his continued detention is in violation of Zadvydas v. United States, 533 U.S. 678 (2001).

The Report recommends the Court deny the Petition for two reasons. First, while it is undisputed that Petitioner has been detained longer than the 6 month period contemplated

by Zadvydas, he has failed to provide evidence that there is no significant likelihood of removal in the reasonably foreseeable future. (See Report at 6 (citing Akinwale v. Ashcroft, 287 F.3d 1050, 1052 (11th Cir. 2002).)  The Magistrate Judge based this finding upon the Jamaican Consulate's correspondence indicating it has only refused to provide a travel document in aid of removal because of Petitioner's numerous unsuccessful appeals or requests to stay removal. (Id. at 6-7.)  The Jamaican authorities have indicated they intend to issue a travel document following the resolution of the instant proceeding. (Id.)  The Magistrate Judge also notes that the Respondents have been diligent in seeking to execute Linton's removal order. (Id. at 8.)  Second, the Report notes the Petition could be denied based upon Petitioner's failure to cooperate in his removal, such as by failing to provide fingerprints, acknowledge service of Form I-229(a), and refusing to accept other instructions. The Report provides the Parties with fourteen (14) days to file objections.

On October 13, 2010, Petitioner filed his Request for Leave to Object to the United States Magistrate Judge's Report, seeking an extension of time to file objections. (See D.E. 15.)  On October 14, 2010, the Court granted Petitioner's request and instructed him to file any objections to the Report prior to November 11, 2010. (See D.E. 16.)  As of the date of this Order, no objections have been filed.  Failure to file objections shall bar parties from attacking on appeal the factual findings contained in the report. See Resolution Trust Corp. v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993).  Therefore, after an independent review of the Report and record, it is hereby **ORDERED AND ADJUDGED**

that:

    **1.**    The Report and Recommendation of the Magistrate Judge (D.E. 14), issued on October 4, 2010, is **ADOPTED**;

    **2.**    Consistent with this Order, Petitioner Ivan Eric Linton's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is **DENIED**;

    **3.**    This case is now **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida this 19th day of November, 2010.

*[signature: Joan A. Lenard]*

**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**